Gilbert Ramsey, appellee, v. The New York, Chicago & St. Louis Railroad Company, appellant. Gen. No. 8,328.

Opinion filed October 23, 1929. Rehearing denied January 10, 1930.

Pope & Driemeyer, for appellant. H. Ernest Hutton, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Winifred Behm, by Charles Behm, her guardian and next friend, appellant, v. City of Farmington, appellee. Gen. No. 8,321.

Opinion filed October 23, 1929.

Joseph R. Martin and Glenn Ratcliff, for appellant. Claude E. Chiperfield, Burnett M. Chiperfield and Robert B. Chiperfield, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

## FOURTH DISTRICT.

Franklin County Building & Loan Association, defendant in error, v. T. I. Galloway and Jennie Galloway, plaintiffs in error.

Opinion filed July 26, 1929.

D. F. Moore, for plaintiffs in error. Moses Pulverman and Frank E. Trobaugh, for defendant in error; Tilman B. Cantrell, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

Sidney Brown et al., appellants, v. Frank Kienstra et al., appellees.

Opinion filed July 26, 1929.

Robert Ferdinand Tunnell, for appellants. Francis J. Manning and S. A. Bleisch, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.